BUFFALO LOAN, TRUST AND SAFE DEPOSIT COMPANY, Appellant and Respondent, *v.* W. SEWARD WEBB, Respondent and Appellant.

*Buffalo Loan, T. & S. D. Co.* v. *Webb*, 115 App. Div. 920, appeals withdrawn.

(Submitted May 27, 1907; decided June 4, 1907.)

MOTION by each party hereto for leave to withdraw their appeals from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the issues involved were the same as those involved in the case of *Buffalo Loan, Trust & Safe Deposit Company* v. *Carstensen* (186 N. Y. 608), and that the decision of the Court of Appeals in that case decided and determined the rights of the parties hereto.

*Lincoln A. Groat* for motion.

No one opposed.

Motions granted, without costs.